Firm I.D. 13681        1920-665        KM/eg

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MOLLY SPETHMANN,** | Court No.: 08-CV-2996 |
| *Plaintiffs* | |
| v. | ASSIGNED JUDGE: Coar |
| **WILLIAM GIBSON and TIMOTHY J. KENNEDY, INC.,** | MAGISTRATE JUDGE: Mason |
| *Defendants.* | |

## NOTICE OF FILING

TO:   Deidre Baumann, Esq.
        BAUMANN & SHULDINER
        20 S. Clark, Suite 500
        Chicago, IL 60603

I, the undersigned, hereby certify that on the 8th day of **August, 2008**, electronically filed **DEFENDANT, TIMOTHY J. KENNEDY, INC.'S APPEARANCE and ANSWER AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT AT LAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: _/s / Kathleen McDonough_
Attorneys for Defendant, **TIMOTHY J. KENNEDY, INC.**

Kathleen McDonough, Esq. (ARDC #06229813)
Natacha D. von Will, Esq. (ARDC #6284196)
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower, 233 S. Wacker Dr., Suite 5500
Chicago, Illinois 60606
(312) 645-7800
1054124_1

## CERTIFICATE OF E-FILING

I, Kathleen McDonugh, one of the attorneys for Defendant, certify that this Notice of Filing and **DEFENDANT, TIMOTHY J. KENNEDY, INC.'S APPEARANCE and ANSWER AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S COMPLAINT AT LAW** was filed with the Clerk of Court via the court's ECF system on this 8th day of **August, 2008**

_/s/ Kathleen McDonough_